Case 09-03157 Document 8-1 Filed in TXSB on 06/09/09 Page 1 of 2



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/16/2009

| | | |
|---|---|---|
| IN RE: | § § | |
| SKYPORT GLOBAL COMMUNICATIONS, INC., Debtor | § § § § § | CASE NO. 08-36737-H4-11<br><br>(Chapter 11) |
| SKYPORT GLOBAL COMMUNICATIONS, INC., | § § § | ADV. NO. 09-03157 |
| Plaintiff | § § | |
| v. | § § | |
| DRILLSITE BROADCAST CO. | § § § § | |
| Defendant | § | |

**ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT
(TURNOVER ORDER AND ORDER TO ENFORCE THE AUTOMATIC STAY)**

On consideration of the Motion for Partial Summary Judgment filed by SkyPort Global Communications, Inc. ("Motion"), seeking to require the Defendant, Drillsite Broadcast Co. turnover equipment, and the enforcement of the automatic stay, the Court is of the opinion that the Motion should be and hereby is GRANTED. It is therefore

ORDERED that the Defendant turnover the Debtor's equipment immediately; it is further

ORDERED that the Defendant shall pay the Debtor's legal fees and costs associated with the Motion motion; further, it is

ORDERED that the Defendant's claims against the estate are disallowed in their entirety under 11 U.S.C. §502(d). FURTHER, it is

ORDERED that for every day after 5 days after entry of this order, Defendant pay the

Debtor $1,500 for every day that the equipment is not returned.

DATED:

July 16, 2009

_____
JEFF BOHM
UNITED STATES BANKRUPTY JUDGE